### WINSHIP *v.* WINSHIP ET AL.

APPEAL from the Tippecanoe Common Pleas.

DOWNEY, J.—The appeal in this case must be dismissed without any decision upon the questions which counsel present. There were three defendants to the action in the common pleas, and the judgment was against all of them. One only of them appeals, and, without complying with section 551, p. 270, 2 G. & H., submits the cause. Cases have so frequently had to be dismissed for this reason, that it seems to us that counsel should see the necessity of giving attention to this point. The clerk's certificate to the transcript is not authenticated by affixing the seal.

The appeal is dismissed, with costs.

*Jones, Miller & Stallard, Wallace & Hiett,* and *C. A. Ray,* for appellant.

*W. D. Lee* and *P. H. Lee,* for appellees.

----

### THE COLUMBUS, CHICAGO, AND INDIANA CENTRAL RAILWAY COMPANY *v.* BROWNLEE.

APPEAL from the Grant Common Pleas.

BUSKIRK, C. J.—The record in this cause was filed July 27th, 1870. At the November Term, 1870, it was continued. On the 29th day of May, 1872, the appellee moved the court to dismiss the appeal because there is no assignment of errors, and that the appellant has failed to prosecute his appeal. We have examined the record, and find that there is no assignment of errors; that no process has been taken out; and that no brief has been filed by the appellant.

The appeal is dismissed, at the costs of the appellant, and the clerk is directed to certify this dismissal immediately to the court below.

*E. Walker,* for appellant.

*J. Brownlee* and *H. Brownlee,* for appellee.